1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAROSA, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>LOWES HOME CENTERS, LLC DBA LOWES HOME IMPROVEMENT, AND DOES 1-20,<br><br>Defendants. | CASE NO.: 2:23-cv-00123-WBS-DB<br>*Reassigned to the Senior Judge William B. Shubb; and Magistrate Judge Deborah Barnes*<br><br>**ORDER CONTINUING HEARING DATE ON DEFENDANT LOWE'S HOME CENTERS, LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Complaint Filed:  June 30, 2022 |

The Court, having considered the stipulation of the parties, by and through their attorneys of record, and good cause appearing therefore, hereby orders as follows:

## **ORDER**

1. The March 20, 2023, hearing on Defendant Lowe's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6), is continued to **May 15, 2023**, at **1:30 p.m.**

2. Plaintiff Jonathan DaRosa's Opposition to Lowe's Motion to Dismiss, shall be filed and served no later than **April 24, 2023**.

///

///

- 1 -

**ORDER CONTINUING HEARING ON LOWE'S MOTION TO DISMISS**

///

3.   Defendant Lowe's Reply to Plaintiff's Opposition to Lowe's Motion to Dismiss shall be filed and served no later than **May 4, 2023**.

4.   The Scheduling Conference is continued from May 22, 2023 to **July 3, 2023 at 1:30 p.m.**  A joint status report shall be filed no later than **June 20, 2023** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed January 20, 2023 (Docket No. 3).

It is so ORDERED.

Dated:  February 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE