UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JONATHAN DAROSA, an individual, | No. 2:23-cv-00123 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| LOWES HOME CENTERS, LLC DBA LOWES HOME IMPROVEMENT, AND DOES 1-20, | |
| Defendants. | |

----oo0oo----

A motion has been filed on behalf of attorney Jack Duran, Jr. to withdraw as counsel of record for plaintiff Jonathan Darosa. Counsel for movant shall appear at the hearing on the motion on April 3, 2023. Unless a substitution or association of counsel has been filed by the time of the hearing, plaintiff shall also personally appear at that hearing.

IT IS SO ORDERED.

Dated: March 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1