UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JONATHAN DAROSA, an individual, | No. 2:23-cv-00123 WBS DB |
| Plaintiff, | |
| v. | ORDER RE: MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL |
| LOWES HOME CENTERS, LLC DBA LOWES HOME IMPROVEMENT, AND DOES 1-20, | |
| Defendants. | |

----oo0oo----

Plaintiff's counsel Jack Duran, Jr., now moves, by his attorney-in-fact Kim L. Duran, to withdraw as attorney of record for plaintiff Jonathan Darosa because Mr. Duran is in the process of winding down his litigation practice due to health issues. Movant has made numerous attempts to contact plaintiff to acquire consent to the withdrawal and assist him in finding new counsel, but these efforts have been ineffective, apparently because plaintiff is currently being held at the Sacramento County Jail. (See Docket No. 16.)

1

1         Good cause appearing, and in light of plaintiff's non-
2    opposition and defendants' consent to the withdrawal (see Docket
3    No. 14), counsel Jack Duran, Jr.'s motion to withdraw (Docket No.
4    13) is hereby GRANTED pursuant to Local Rule 182(d).
5         Because the court grants the motion to withdraw,
6    plaintiff is now appearing pro se.  Accordingly, pursuant to
7    Local Rule 302(c)(21), this case is hereby referred to the
8    assigned magistrate judge, Deborah Barnes, for all further
9    proceedings consistent with the provisions of that rule.
10        All pending dates or deadlines in this case are hereby
11   VACATED.
12        IT IS SO ORDERED.
13   Dated:  April 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE