UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAROSA, | No. 2:23-cv-0123-WBS-SCR |
| Plaintiff, | |
| v. | ORDER |
| LOWES HOME IMPROVEMENT, | |
| Defendant. | |

Plaintiff proceeds pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 21, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 39. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 21, 2025 (ECF No. 39), are adopted in full;

2. Defendant's Motion to Dismiss (ECF No. 21), which seeks to dismiss one of the eight

1

counts of the Second Amended Complaint, is DENIED.

Dated:  March 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dero0123.801