UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAROSA, | No. 2:23-cv-0123-WBS-SCR |
| Plaintiff, | |
| v. | ORDER |
| LOWES HOME IMPROVEMENT, | |
| Defendant. | |

Plaintiff is proceeding pro se in this action, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 17, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 47. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed April 17, 2025 (ECF No. 47), are adopted in full;

2. This action is dismissed without prejudice; and

1

3. The Clerk shall enter judgment and close this file.

Dated: May 12, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

dero0123.801

2